IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 19-cv-01407-PAB-KLM

JASON ANTHONY ALSTEENS,

      Plaintiff,

v.

ANTHONY PIPER,

      Defendant.

_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

This matter is before the Court on the Recommendation of United States

Magistrate Judge Kristen L. Mix filed on June 12, 2020 [Docket No. 37].  The

Recommendation states that objections to the Recommendation must be filed within

fourteen days after its service on the parties.  *See* 28 U.S.C. § 636(b)(1)(C).  The

Recommendation was served on June 12, 2020.  No party has objected to the

Recommendation.

In the absence of an objection, the district court may review a magistrate judge's

recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927

F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It

does not appear that Congress intended to require district court review of a magistrate's

factual or legal conclusions, under a *de novo* or any other standard, when neither party

objects to those findings.").  In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P.

72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that

the Recommendation is a correct application of the facts and the law.  Accordingly, it is

    **ORDERED** as follows:

    1.  The Recommendation of United States Magistrate Judge Kristen L. Mix

[Docket No. 37] is **ACCEPTED**;

    2.  Defendant's Motion to Dismiss [Docket No. 15] is **GRANTED**;

    3.  Plaintiff's claim is **DISMISSED WITH PREJUDICE**; and

    4.  This case is closed.


DATED July 6, 2020.

                        BY THE COURT:

                        _____

                        PHILIP A. BRIMMER
                        Chief United States District Judge

---

[1]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).